J. Edward Jones (CA SBN 179186)
Law Office of J. Edward Jones
190 North Main Street, 2nd Floor
Heber City, Ut 84032
Phone: (435) 654-9529
Fax: (435) 608-6499
E-mail: edjones@edjoneslaw.com

_____

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WAYNE LAWRENCE LOVELADY,<br><br>　　　Defendant. | ORDER TO EXONERATE BOND<br><br>Case No. 1:13-MJ-00062-GSA-2<br><br>Magistrate Judge Sheila K. Oberto |
|---|---|

　　　Based on the stipulation of the parties, defendant's compliant conduct while on pretrial release, defendant's recent plea and voluntary return to custody, it is ordered that the $10,000 cash bond be exonerated and returned to its owner, Walter Lovelady.

IT IS SO ORDERED.

　Dated:　**August 28, 2014**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE